N1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

)
)
Plaintiff )  Case Number: 1:18-CV-06586
SEIKO EPSON CORP ET AL )
v. ) Judge: JOHN Z LEE
CIS SYSTEMS, INC ET AL ) Magistrate Judge:
)
Defendant )

**FILED**
NOV 28 2018 PG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RESPONSE

| PARAGRAPH NUMBER | SUBPARAGRAPH LETTER | |
|---|---|---|
| 13 | | DENY |
| 14 | | DENY |
| 19 | | DENY |
| 26 | | DENY |
| 31 | | DENY |
| 37 | | DENY |
| 39 | | DENY |
| 40 | | DENY |
| 42 | | DENY |
| 48 | | DENY |
| 50 | | DENY |
| 51 | | DENY |
| 53 | | DENY |
| 53 | C | DENY |

11-28-2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## ADDITIONAL PARAGRAPHS FOR ANSWER/RESPONSE TO COMPLAINT/PETITION FORM

Re: Case 1:18-cv-06586

I, Joseph Ascaridis, would like to make the following additional statements:

1.) I ceased working for Absolute Inkjet Incorporated as of December 31, 2015.

2.) I have not worked in the inkjet cartridge industry since June 1, 2017.

3.) I relinquished my ownership in Absolute Inkjet Incorporated, transferring all shares of the S-Corp to Anthony K. Martin on January 1, 2018.

4.) I am not the President of Absolute Inkjet Incorporated.

I respectfully request my name and liability be removed from any actions related to the above referenced case.

JOSEPH ASCARIDIS                                November 28, 2018