UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SEIKO EPSON CORPORATION,** a Japan corporation; **EPSON AMERICA, INC.,** a California corporation; and **EPSON PORTLAND INC.,** an Oregon corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>**CIS SYSTEMS, INC,** an Illinois corporation; **ABSOLUTE INKJET INCORPORATED**, an Illinois corporation; **ANTHONY K. MARTIN**, an individual; and **JOSEPH J. ASCARIDIS**, an individual,<br><br>        Defendants. | Civil Action No. 1:18-cv-06586<br><br>Honorable John Z. Lee |

**JOINT MOTION FOR ENTRY OF STIPULATED FINAL [*PROPOSED*] CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER AS TO CIS SYSTEMS, INC., ABSOLUTE INKJET INCORPORATED, ANTHONY K. MARTIN, AND JOSEPH J. ASCARIDIS**

The Parties, by and through their respective counsel, jointly move for entry of the Stipulated Final [Proposed] Consent Judgment and Permanent Injunction Order as to Defendants CIS Systems, Inc., Absolute Inkjet Incorporated, Anthony K. Martin, and Joseph J. Ascaridis, attached hereto as Exhibit A.

Pursuant to this Court's procedures for "Submitting a Proposed Order, Agreed or Otherwise, for Electronic Entry by the Judge," the Proposed Consent Judgement and Permanent Injunction Order is also being submitted to the Court, via e-mail, in Microsoft Word format.

1

Dated: September 25, 2020　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ Christopher J. Fahy | /s/ Oliver D. Yang |
| Christopher J. Fahy, Esq. (Bar No. 6286130) | Dean D. Niro, Esq (Bar No. 6208064) |
| **K&L Gates LLP** | Oliver D. Yang, Esq. (Bar No.6304354) |
| 70 W. Madison Street, Suite 3100 | **Vitale, Vickrey, Niro, Solon & Gasey, LLP** |
| Chicago, IL 60602 | 311 S. Wacker Dr., Suite 2470 |
| Telephone: (312) 807-4324 | Chicago, IL 60606 |
| Facsimile: (312) 827-8000 | Telephone: (312) 236-0733 |
| christopher.fahy@klgates.com | Facsimile: (312) 236-3137 |
| | dniro@vvnlaw.com |
| Tigran Guledjian, Cal. Bar # 207613 | oyang@vvnlaw.com |
| *pro hac vice* | |
| Richard H. Doss, Cal. Bar # 204078 | *Attorneys for Defendants CIS Systems, Inc.,* |
| *pro hac vice* | *and Absolute Inkjet Inc.* |
| **Quinn Emanuel Urquhart & Sullivan, LLP** | |
| 865 South Figueroa Street, 10th Floor | |
| Los Angeles, CA 90017 | |
| Telephone: (213) 443-3000 | |
| tigranguledjian@quinnemanuel.com | |
| richarddoss@quinnemanuel.com | |

*Attorneys for Plaintiffs Seiko Epson Corp.,*
*Epson America, Inc., and Epson Portland Inc.*